ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 4:50 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00061-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 4:50:36 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS
## AT AUSTIN, TEXAS

**FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY AND FORT BEND COUNTY,**

Appellants

**VS.**

**JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITANNE SMITH, DECEASED AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER AND GREATER HOUSTON PSYCHIATRIC ASSOCIATES, PLLC,**

Appellees.

**ON APPEAL ORIGINALLY FROM THE 11TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS, CAUSE NO. 2024-78536, HONORABLE KRISTEN BRAUCHLE HAWKINS**

**APPELLANT FORT BEND COUNTY'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant FORT BEND COUNTY requesting the Court to extend time to file its Appellant's Brief and as grounds therefore would respectfully show the Court as follows:

**APPELLANT'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF** Page **1**

## A.  REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

1.      Appellants are FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY and FORT BEND COUNTY. Appellees are JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITANNE SMITH, DECEASED AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER and GREATER HOUSTON PSYCHIATRIC ASSOCIATES, PLLC.

2.      No rule provides a deadline to file this motion to extend time to file a brief.

3.      No party is opposed to this motion.  Appellee Joshua Heiliger has agreed to this motion in exchange for Appellant's reciprocal agreement to Appellee's request for extension of deadline to file Appellee's brief by July 14, 2025, if necessary.   Appellee Greater Houston Psychiatric Associates, PLLC is unopposed to this motion.

4.      The Court has authority under Texas Rules of Appellate Procedure 38.6(d) to extend the time to file the brief.

5.      Appellant's Brief is due on June 3, 2025.

6.      This is Appellant FORT BEND COUNTY's first motion for extension to file its brief.

7.      Appellant requests an additional 10 days to file its brief, extending its deadline to June 13, 2025.

8.  Appellant needs additional time to file its brief because the original twenty-day time limit was insufficient to research and draft the Appellant's Brief. Multiple discovery deadlines in other cases that could not be extended involving voluminous records prevented the counsel from completing the analysis and depth of research necessary to draft Appellant's brief. Though work on the brief has started, Appellant will be unable to complete the brief in the time remaining.

9.  This motion is not sought for the sole purpose of delay, but so that Appellant's brief may comply with the briefing rules of the Texas Rules of Appellate Procedure.

## B. Conclusion

10.  Appellant FORT BEND COUNTY requests the Court to grant its First Unopposed Motion to Extend Time to File Appellant's Brief due to an overburdened schedule and requests to extend the deadline to June 13, 2025.

## C. Prayer

11.  For these reasons, Appellant FORT BEND COUNTY requests that the Court grant its First Unopposed Motion to Extend the Time to File Appellant's Brief to June 13, 2025.

Respectfully submitted,

DEAN G.  PAPPAS LAW FIRM, PLLC

/s/ Mary M. Markantonis

By:_____

Dean G. Pappas
State Bar No. 15454375
dpappas@dgplawfirm.com
Mary M. Markantonis
State Bar No. 12986800
mmarkantonis@dgplawfirm.com
Lisa M. Teachey
State Bar No. 24056416
lteachey@dgplawfirm.com
8588 Katy Freeway, Ste. 100
Houston, Texas 77024
(713) 914-6200
(713) 914-6201 (facsimile)

ATTORNEYS FOR APPELLANT
FORT BEND COUNTY

## **CERTIFICATE OF CONFERENCE**

I certify that I have conferred with opposing counsel Russell Morris on May 28, 2025, through email exchange and he is in agreement with the foregoing motion.

/s/ Lisa M. Teachey

_____

Lisa M. Teachey

I certify that I have conferred with opposing counsel Laverne Chang on May 28, 2025, through email exchange and she is unopposed to the foregoing motion

/s/ Mary M. Markantonis

_____

Mary M. Markantonis

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all parties and counsel of record listed below on May 28, 2025, by service through the electronic filing manager, email, certified mail, facsimile or hand delivery:

*Via eFile*
Sherlyn Harper
Office of the Attorney General
808 Travis Street, #1520
Houston, TX 77002

James Z. Brazell Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Capital Station
Austin, TX 78711-2548

*Attorneys for Appellant Francesca Okonkwo, et al*

Russell Morris
McBryde Franco, PLLC
11000 Richmond Ave Ste 350
Houston, TX 77042-6702

*Attorneys for Appellee Joshua David Heiliger, et al*

Laverne Chang
Cardwell & Chang, PLLC
511 Lovett Blvd
Houston, TX 77006-4020

*Attorneys for Appellee Greater Houston Psychiatric Associates, PLLC*

/s/ Mary M. Markantonis

_____
Mary M. Markantonis

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Furlow on behalf of Mary Markantonis
Bar No. 12986800
hfurlow@dgplawfirm.com
Envelope ID: 101353510
Filing Code Description: Motion
Filing Description: APPELLANT FORT BEND COUNTY'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF
Status as of 5/28/2025 4:59 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 5/28/2025 4:50:36 PM | SENT |
| Laverne Chang | 783819 | chang@cardwellchang.com | 5/28/2025 4:50:36 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 5/28/2025 4:50:36 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 5/28/2025 4:50:36 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 5/28/2025 4:50:36 PM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 5/28/2025 4:50:36 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 5/28/2025 4:50:36 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 5/28/2025 4:50:36 PM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 5/28/2025 4:50:36 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/28/2025 4:50:36 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 5/28/2025 4:50:36 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 5/28/2025 4:50:36 PM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 5/28/2025 4:50:36 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 5/28/2025 4:50:36 PM | SENT |